FILED

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0530

**IN THE SUPREME COURT OF
THE STATE OF MONTANA**

**Supreme Court Cause No. DA 23-0530**

---

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff/Appellee,

    v.

LUKE PLOYHAR, BLUE ARC, LLC.,
OWEN VOIGT, AND LEGACY MINING, LLC,

    Defendants/Appellants.

---

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO
TRANSMIT RECORD**

---

Upon consideration of Appellants' motion for extension of time to produce

the transcripts and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kelley Barstad is given an

extension of time until November 13, 2023, to prepare and file the transcripts

requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the

court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2023